B.R.O.W.N. ........................................................

Mr. Brian L. Brown... Fed. No. 05937-010 .,.

P.O. Box 33 ... United States Penitetiary ...

Terre Haute, Indiana 47808-0033 ..............

[     June 21, 2021         ]

The United States District Court

For The District Of Massachusetts

Office Of The Clerk

One Courthouse Way, Suite 2300

Boston, Ma 02210

R.E: Former Action Case, Brown v. Carolyn Sabol; No:

    Chief Clerk;

        Greetings from the Federal Correctional Complex and United States Penitentiary. I hope this letter finds you in good health, In the above NUNC Pro Tunc, is aimed to permit the Bureau Of Prisons, to use a "case by case", exception, Pursuant to Bruce v. Samuels, 577 US. ___; 193 L.Ed2d 496; 135 S.Ct. 1759 ( 2016). Notice the filing is useing the Federal Mail Box Rule of [ Morales-Rivera v. United States, 184 F.3d 109, 110-111 ( 1st Cir. 1999 ).

Respectfully Submitted

Brian L. Brown, fed. No. 05937-010

```
                                          FILED
                                       IN CLERKS OFFICE

Mr. Brian L. Brown ... Fed. No. 05937-010  2021 JUL -9 AM 11: 19
P.O. Box 33 ... United States Penitentiary ...
                                              U.S. DISTRICT COURT
Terre Haute, Indiana 47808-0033 ...           DISTRICT OF MASS.
```

In Re Pro Se/ Federal Prisoner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN L. BROWN | ) | |
| Petitioner / Plaintiff, | ) | |
| VS. | ) | Case No. [          ] |
| CAROLYN A. SABOL | ) | |

PETITION FOR NUNC PRO TUNC

Pursuant To Rule 60 (b)(5) Fed.R.Civ.P.

COMES NOW, Brian L. Brown, In re Pro se, and Federal Prisoner, move this Court, for NUNC PRO TUNC, consideration for [Con]secutive rather than simultaneous collection of fees. Aid in Petitioner, to pay fees without, blocking ability to care for hisself, as follows;

Nunc Pro Tunc Consideration                                    Page 2.

I. Introcuctions  (1)

## I. PARTIES

[ The Petitioner ]

   1. Petitioner is  Brian L. Brown, federal Number 05937-010 and is housed currently at the Federal Correctional Complex and United States Penitentiary, located in Terre Haute, in Indiana, -see- ( "Cover Page", and "Certificate Of Service" ).

   2. The Respondent will be, The United States Attorney Office on behalf of Former Warden Carolyn A. Sabol, found at the Office of The United States Attorney, District of Massachusetts, address of One Courthouse Way, Boston, Ma, 02210.

## II. CAUSE OF ACTION

   3. On the [    ] date of [           ], 20[   ], the Petitioner began action in the District Court, Pursuant to 28 U.S.C. §§ [      ].

   4. Relevant to that date, a petition for filing 'Informa Pauperis', was filed in the action. Pursuant to 28 U.S.C. §§ 1915(e-g). That Informa Pauperis was given in a limited capacity resulting in Brown owing this Court.

Nunc Pro Tunc Consideration                                    Page 3.

II. Cause Of Action (2)

    Because of the discretion of the United States District Court Judge, within the Western District Of Arkansas. Brown upon conviction, was sentenced to a fine he is unable to pay, combined with the nature of his crime, and the inability to place Sex Offenders on yards, until 2008, and then factor the management pratices of those prisons, Brown was unable to work any employment, least he have his entire check taken away, and which left Brown unable to pay the costs of this court, nor his hygene, nor medical expenses, and would be poor, and create a Unconstitutional condition by the management pratice.

    Specifically, while Brown was 'traveling' without a yard that he could program, within the BOP. The BOP continued to ship Brown to other Institutions, that gangs were allowed to control, as a result Sex Offenders, were not permitted on those yards, which left Brown in a 'SHU Only', living condition.

    Then when Brown was being hurassed by Staff, or was unable to get Medical Treatment, he tried to file suit in the Courts, seeking assistance. This resulted for better or worse, a Prisoner who needed Copies, Postage, and Envelopes, to comply with the Court Orders. Such as it was created a issue. The Institutions would not permit, free postage, as perscribed in the Code Of Federal Regulations, and most if not all copies were also charged

II. Cause Of Action (3)

to the petitioner, as well as before the 2010 onset of the Computer Law Libraries, most of the Cases had to be ordered from the Law Libraries, within the institutions, which required copies which in turn they charged to Brown. As a direct result of this and Brown's Belief he was attempting to stop the abuse of the BOP, and in some cases the Courts helped, some they did not.

Regardless Brown acculilated a debt. And as such remains today, the debt is in nearly every circuit including the D.C. Circuit, as well as the Court of Federal Claims, several Courts of Appeals, and more. As a result Brown again has developed a Debt.

Brown, has been imprisoned for nearly 20 years, and more, as a result of his conviction. And until corrected has a Life Sentence. The only means for payment of his debts, is to work in the Prison. However inorder to work he must remove hisself from the FRP Refusal List. However to do this Brown must face the fact if 'any' money is placed on his account, it will display beyong $6.00, and the BOP ( who Brown owes Legal Copies, and Postage for these Free Items, but was charged ), as well as the Courts aforementioned.

IV. Certificate Of Service

## IV. CERTIFICATE AND DECLARATION OF SERVICE

I Brian L. Brown hereby state the above and foregoing was placed in the United States Postal Service, Postage pre-paid, to the address below by placeing the article to be mailed in the hands of a Federal Prison Employee who inspected the article to be mailed, performed several security checks to the article to be mailed, then delivered the article to a U.S. Postal Employee, on or about the [ 21st ] date of [ June ], 20[ 21 ] and a copy was generated to the following. Pursuant to the Federal Mail Box Rule of Houston v. Lack 487 US. 266 ( 1988 ). A copy was attempted to be generated to the following.

The United States Attorney Office For The [ District Of Massachusetts ], Addressed at: [ One Courthouse Way, Suite : United STates Attorney Office ] City And State [ Boston ]. [ Masssachusetts ], 02210

Respectfully Mailed to;

Brian L. Brown
Fed. No. 05937-010

Nunc Pro Tunc Consideration                                    Page 7.

III      Requested (1)

This will permit Brown, to remain employed, and maintain any hygene issues, and other needs. However Brown is aware this is a 'one time' issue. Should he accumulate any more debts, they will run concurrent . to this agreement. Including any BOP fines or new Court issues

WHEREFORE for the above and foregoing reasons, Brown moves this Court, in concert with other Courts, to permit all court fees, to be ran cosecutive to each other, from the latest date upto the date of this filing. And that that is condigent upon all other Courts accepting the same offer. If One Court disagrees, then this action will not happen. If all Courts agree, then payment will be in the amount of $25.00 per month, exclusively for all Court fees, fines, and costs, with the BOP's quarterly payment undisturbed. And does not include anything filed beyond this action and anyother relief that this Court deems just in this matter, and the leave to do so.

         Entered this [  21st   ] date of [    June    ] 20[ 21 ].
Respectfully Submitted;

Brian L. Brown
Fed. No. 05937-010
P.O. Box 33
United States Penitentiary
Terre Haute, Indiana 47808-0033
Inre Pro Se / federal Prisoner

Mr. Brian L. Brown
Fed. No. 05937-010
P.O. Box 33
United States Penitetniary
Terre Haute, Indiana 47808-0033

SPECIAL    LEGAL    MAIL

The United States District Court
District Of Massachusetts
Office Of Clerk Of Court
One Courthouse Way, Suite 2300
Boston, Ma 02210

INDIANAPOLIS IN 460
6 JUL 2021 PM 1 L

02210-302599

